IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the use and benefit of<br>D. GINGERICH CONCRETE & MASONRY, INC.<br><br>Plaintiff,<br><br>v.<br><br>COAKLEY WILLIAMS CONSTRUCTION, INC.<br>and THE CONTINENTAL INSURANCE<br>COMPANY<br><br>Defendants. | Civil Action No.05-104 GMS<br><br>JURY TRIAL DEMANDED |

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT D. GINGERICH CONCRETE & MASONRY, INC. TO DEFENDANTS' COUNTERCLAIM**

1. Denied.

2. Denied.

### FIRST AFFIRMATIVE DEFENSE

Defendants fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant Coakley Williams Construction, Inc. breached its contract with Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

Defendant Coakley Williams Construction, Inc. failed to mitigate its damages.

### FOURTH AFFIRMATIVE DEFENSE

Defendant Coakley Williams Construction, Inc. interfered with Plaintiff's performance of its contract.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant The Continental Insurance Company breached its obligations under the Bond.

WHERFORE, Plaintiff D. Gingerich Concrete & Masonry, Inc. respectfully requests judgment against Defendants Coakley Williams Construction, Inc., and The Continental Insurance Company in the amount of $143,841.40, pre-judgment interest and post-judgment interest at the prevailing legal rate, all costs of this action and such other and further relief as the Court deems just and equitable.

TIGHE, COTTRELL & LOGAN, P.A.

BY: /s/ Victoria K. Petrone
    Donald L. Logan, Esq.
    Delaware Bar No. 2604
    Victoria K. Petrone, Esq.
    Delaware Bar No. 4210
    First Federal Plaza, Suite 500
    P.O. Box 1031
    Wilmington, DE 19899
    (302) 658-6400
    Attorneys for Plaintiff

DATE: June 23, 2005