## CERTIFICATE OF SERVICE

I, Victoria K. Petrone, Esquire, hereby certifies that on June 23, 2005, I caused a true and correct copy of the attached *Answer and Affirmative Defenses of Defendant D. Gingerich Concrete & Masonry, Inc. To Defendant's Counterclaim* to be served by CM/ECF Electronic Filing upon the following:

> Roger L. Truemper, Esquire
> Elzufon, Austin, Reardon, Tarlov
>     & Mondell, P.A.
> 300 Delaware Avenue, Suite 1700
> P.O. Box 1630
> Wilmington, DE 19899-1630

>     /s/ Victoria K. Petrone
> Donald L. Logan, Esquire
> DE I.D. # 2604
> Victoria K. Petrone, Esquire
> DE I.D. # 4210
> First Federal Plaza, Suite 500
> P.O. Box 1031
> Wilmington, Delaware 19899
> (302) 658-6400
> *Attorneys for Plaintiff*