## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

May 12, 2006

TO: Counsel

RE: Gingerich Concrete & Masonry v. Coakley Williams
Civil Action No. 05-104 GMS

Dear Counsel:

Counsel formerly advised the court that outside mediation was being sought in this case. Please submit a jointly prepared status report, via electronic case filing, regarding the above-referenced case no later than May 26, 2006.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet