IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ]<br>for the use and benefit of ]<br>D. GINGERICH CONCRETE & MASONRY, INC.]<br> ]<br> ] Civil Action No.05-104 GMS<br>Plaintiff, ]<br> ]<br>v. ] JURY TRIAL DEMANDED<br> ]<br>COAKLEY WILLIAMS CONSTRUCTION, INC. ]<br>and THE CONTINENTAL INSURANCE ]<br>COMPANY ]<br> ]<br>Defendants. ] | |

**STIPULATION OF DISMISSAL**

**COMES NOW**, Plaintiff D. Gingerich Concrete & Masonry, Inc. and Defendants Coakley Williams Construction, Inc. and The Continental Insurance Company, by and through the undersigned attorneys, and hereby stipulate to a dismissal, with prejudice, of all claims in the above-captioned action.

| | |
|---|---|
| TIGHE, COTTRELL & LOGAN, P.A. | ELZUFON AUSTIN REARDON<br>TARLOV & MONDELL, P.A. |
| BY: /s/ Victoria K. Petrone | BY: /s/ Roger Truemper |
| Victoria K. Petrone, Esquire | Roger Truemper, Esquire |
| Delaware Bar No. 4210 | Delaware Bar No. 2836 |
| 704 N. King Street, Suite 500 | 2500 Wrangle Hill Road |
| P.O. Box 1031 | Fox Run Business Park, Suite 210 |
| Wilmington, DE 19899 | Bear, DE 19701 |
| (302) 658-6400 | (302)327-1100 |
| Attorney for Plaintiff | Attorney for Defendants |

DATE: May 26, 2006